Good morning, voters. Let me explain your call for the day. I'm a member of the Supreme Judicial Court. I'd like to reserve my opportunity to speak at the end of the hearing. Would you mind? Yes. Okay. I'll be sure this case is the process by which immigration judges and foreign immigration appeals assess the credibility of some applicants. The final part of that process is supposed to be that an applicant will be given an opportunity to explain any inconsistencies in his state of college. In this case, the immigration judge here has been to provide the judge a meaningful opportunity to explain why his second testimony position described events that were not described in his first asylum application. On page 140 of the immigration court record, the judge specifically asked for an opportunity to explain this particular issue, and the immigration judge cut him off and said, you have all the opportunity I'd like for you to explain MWCT. We understand you didn't have an opportunity to explain the issue. This was very modest of you. The reason, excuse me, the final application that's changing here is the earlier version of this case. The earlier version of this case was the immigration judge found that because the petitioner did not provide a satisfactory explanation for his second application to the original source, she could not be credible at all, and therefore his first application should not have been granted to him at all. So, the, the response to the issue as far as the immigration judge was concerned was this discrepancy between the first and second asylum applications and the first application. There's no mention of failure to explain why the second application did not provide its first. There were other differences, but the petitioner provided a lot of explanations for the other differences. The immigration judge said the unsatisfactory explanation was why the second application did not provide its first. And the immigration judge did not ask him for a comment on why there was there a disparity between the two. There are four reasons. One is justification. There are many other reasons. Whatever. No reasons. Whatever. It's just the very end. I have a question. In the end of the conversation, perhaps on the basis of the, of the change, you said that it was not one of the benefits of the change. You know, it passed the court. Why did you forget all of the things that you knew about under this law? So, Your Honor, I think this issue is a little bit muddy. The, the immigration judge claims that she asked why the 1996 application did not provide the 2004 application. But if we look at the transcript where the immigration judge is using this question, it's on page 137 of the industry record. And the immigration judge specifically claims to have asked him about the two applications, the exact order in which she uses this. Right. And what I want to know is, why was there no mention of what you say happened in your first application? That language was, was then translated into English by the interpreter. So, so, first of all, I think the question is very vague because it doesn't mention the state of the application. The judge says, why was there no mention of what you say happened to you in your first application? And then what happened then? The particular, this explanation that we've given previously about why in his first application, there was no mention of the events of his second application. So, he, he states her applications, but he also states the two other events. First, being one of the people who wrote the claim, this judge has never even said that there's going to be a difference in the number of persons who joined them, different names. In fact, it's just a totally separate understanding. Well, he's also not interested in her iemand, is he, or was he on the phone? Well, he, he is secretly available. So, that I do not think he, I do not think he knows. Okay, and also, what did you say, maybe it's about questions that he asked which was nothing real, but it was in fact to the decisions of law? Okay, what did you stand for? Ok, so it's based on what you say. So, he actually finds out about the Avanna Hoing sit-in. Okay, so, I want to be very, very clear about the context of this exchange. Earlier, he asked why did your first application not contain any description of the events described in your second application. And he said, basically, for me, it was because my first application, the first call to me from a parent, told me to describe only the very latest events in the community. And if it's possible, I think that's probably, that's why his first application was filed in 1994, and he described Avanna earlier in 1994. So, if that is the explanation, if that's the true explanation, then he, he literally talked about this as his first application. Well, let me ask everybody here, and it's just, you know, perhaps you're just wondering why you responded, this was in the order of your case in 1994. He described an incident in which his father was subject to violence in the home. The violence was caused by law enforcement. There were multiple injuries. There were multiple injuries. And then, in 1996, when he's got Avanna Hoing in the VA, he actually says that the father was a little bit underaged, and he, you know, there's, I mean, it's all over the place in that, that there's been an incident. Which, you know, would be quite an interesting event, so, and he wasn't very clear. So, so, the, when he's talking about 1995, he was, he was using the dates that the asylum and peace prepare had, and he was, he was actually talking about that, but in 1992, before his father died in 1994, he was talking about the birth of a son, birth of a son, when he was in fact, he was actually talking about the birth of his son, so he was very clear about the birth of a son. So, you know, well, at the time of his death, in 1992, he was 21, and in 1994, he was 17. His father had passed away. So, so, there is no dispute that his father was, that he, he was the original respondent in, in, in, in some cases, in these applications, but I think the question is not the respondent's own lies, the question is, is the respondent right to choose? And, yes, but, I've said this for years, whether, I mean, these stories can be believed, and it's twice what I've been saying, and I don't really understand why this is relevant. I, I, I have never seen any statements before, but with regard to the presentation, as far as I'm concerned, you know, and is there a real concern that, you know, he, your son, you, you mentioned a lot of, you know, that you should be providing an application, and it's a strange, it's a language extension, such that he was eligible, but, you know, just can he, and he can use the flauw itself as, receive equity in, in taking care of for himself? Fraud in and of itself is nettled. Yes, I find that fascinating. But, I said, if you can make, make use of fraud, the fact that fraud has, this is a fraud, credibility evaluations, that certainly don't keep on your table, that you will be invented too. I think that the, that the credibility evaluation, and retire replication proceedings, or in some cases, themselves, is the same question for all circumstances. This person's already been evicted. So, therefore, why is the fact that you filed two applications for two different cases, and five of them, and they had to produce them, and then the arrival, and the stories of them, could not be updated? So, your, I don't think that it's our job today to determine whether or not we believe or respond to the issue. I mean, I think that's very important to actually understand. Well, the IHS says, very clearly, that if the only issue that's identified by the state is giving birth, it's paternity of its children, that probably would not be an appeal to any real economic standards to file another. The IHS says that those issues, when added to the fact that we can cite the second application, we can provide some sort of translation to why they weren't doing things since the first application. That is why she didn't receive it. And that issue, she's not provided a meaningful opportunity to explain to the state agency why it's the first application, but the second, which they don't provide, and that issue, which I think is very important, I think is very important, is that, if the state agency doesn't actually provide the information, as far as the first application, the IHS has one priority, and that priority is the rights of children, and that's what she does. Why didn't the IHS ask questions to the second application? First, why didn't the IHS ask questions to the second application? They said, well, the IHS is not aware that the IHS is not aware of the rights of children and the rights of children, so they can't speak to the second twice. So, are you assuring that the BIA, the Interest in Children, or are you assuring that maybe because he's only one in a hundred, it's okay that he, the BIA, should never, ever have something to do with children? I think she's correct in the sense that they're not aware and just need to be an immediate source of information because, for so long, the BIA has actually kept me very skeptical about child protection in general. Well, it's been a discussion that has been brought up by many of the clinicians as well. The scenario is plus 994 is 996, or 996 in the middle, that's positive 993, which is actually a sign of 996, and then that's a sign of 998, and of course, a positive change of sentence. What we've seen is not anything less than a four-year-old on probation, a three-year-old in prison, and then in 2005, they just referred him to the BIA. The reason I'm saying that is because the asylum is second to the asylum where it was avoided by the perception of abuse by the BIA. I'm not sure that's proper, but I think the BIA has a very limited coverage of these assurances or assurances to us to be able to use these procedures. It will  these procedures in a different way and so I think that the BIA has a reasonable coverage of these procedures. Okay. Thank you, Adam. Thank you. Thank you. Of course, those are the opportunities that you have for your services and your support for the agency. It's a huge opportunity on behalf of         an honor for all of us to be here today to share this opportunity with you. I'm going to start  by saying that this opportunity is just an honor  us. It is an opportunity for all of us to be here today to share this opportunity with you. It           to share this opportunity with you. It is an honor for all is an honor for  us to be here       is an   us to be here
judges: Gould, Berzon, Sessions